IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| TIMOTHY LAWRENCE DAY, | * CASE NO. **18-3193 TJS** |
| Defendant. | * |

## MOTION TO SEAL

The United States of America, by its attorneys, Robert K. Hur, United States Attorney for the District of Maryland and Erin B. Pulice, Assistant United States Attorney for said District, hereby moves this Honorable Court for an order sealing the Criminal Complaint, Affidavit and Arrest Warrants in the above-captioned matter, except to allow the United States to provide a copy to defense counsel after the arrest of Timothy Lawrence Day. Disclosure of the Criminal Complaint prior to that time would enable the defendants to evade his appearance before the Court.

**WHEREFORE**, the government requests that this Motion, the Order and all other documents filed in this action be **sealed** until further order of the Court.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: /s/ Erin B. Pulice
Erin B. Pulice
Assistant United States Attorney

ORDERED as prayed, this 16th day of November, 2018.

_____
Timothy J. Sullivan
United States Magistrate Judge