U.S. MARSHALS
G.?¯¯ ¯¯¯¯°?
| 2018 NOV 20 PH 12: 17

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND



FILED ___ ENTERED
LOGGED ___ RECEIVED

NOV 2 0 2018

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

**UNITED STATES OF AMERICA**

        **vs.**

**Timothy Lawrence Day**

\*

\*

\*

**Case No.   TJS 18-mj-03193**

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by

___Allen Dale___, and the Government was represented by

Assistant United States Attorney ___Joseph Baldwin___, it is

**ORDERED,** this ___20th___ day of _November, 2018_, that the above-named defendant be,

and the same hereby is, DETAINED by agreement of the parties without prejudice to either side

requesting a prompt hearing to set appropriate conditions of release or otherwise address the

detention of the defendant.

_____
Timothy J. Sullivan
United States Magistrate Judge

. U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement