AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Maryland

FILED ENTERED
LODGED RECEIVED

DEC -3 2018

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Timothy Lawrence Day<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>18-3193TJS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 5, 2018__ in the county of __Montgomery__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252A(1)(2) | Receipt of Child Pornography |
| 18 USC 2252A (a)(5)(B) | Possession of Child Pornopraphy |

This criminal complaint is based on these facts:

See Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

SA Christine D. Carlson/HSI/ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 14, 2018

_____
*Judge's signature*

City and state: Greenbelt, MD

Timothy J. Sullivan, US Magistrate Judge
*Printed name and title*